UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 29 2008
Clerk, U.S. District and Bankruptcy Courts

Raphael MENDEZ, #01649-094
    Unit 1/1 , F.M.C.
   P.O.Box 4000
Rochester, Minnesota 55903-
    -Vs-

1. Unknown Director of the
   Bureau of Prison Central
   Station, 320 1st St., N.W.
   Washington, DC    20001-
       and
2. Unit Mamager M.Haugen
3. Unit Council M.Stalker
4. F.M.C.Rochester, Minnesota
   Unknown Legal Counsel
   P.O.Box 4600
   Rochester, Minnesota 55903-

Case: 1:08-cv-01296
Assigned To : Unassigned
Assign. Date : 7/29/2008
Description: Habeas Corpus/2255

DEFENDANT'S

COMPLAINT

On May 28th 2008 during a 12:00 p.m. central time schedule Team meeting. I, requested the help of the unit team in making a Telephonic call to the Virgin Islands Superior Court of St. Thomas, where I am pending by Habeas Corpus file No. 03-MC-08.

The team unit manager M. Haugen unsure as to whether she could intervene and make the call, authorized the unit council M.Stalker to look into the matter.

The unit council M.Stalker then got on the phone and spoke to what she said was the F.M.C. Rochester, legal counsel, unknown to me."

RECEIVED
JUN 20 2008
Clerk, U.S. District and Bankruptcy Courts

-1-

What I've heard, was that the Bureau of Prison had put a stop upon given inmate legal Telephonic call's to the courts and that the inmate has to write the court or have their attorney do so on the inmate behalf.

The unit council M.Stalker unsure as to whether this stop applied to me turned to the unknown F.M.C. legal counsel.

It appeared that the unknown legal counsel was unware of such a stop, by reason the unit council M.Stalker had to give a descriptive remark to this stop as; It was recently made. Recently meant a prior Thursday to May 28th 2008. Which would be May 22nd 2008.

The Unit council M.Stalker, put the phone down and said, that their unknown counsel would get back to him on May 29th 2008, then that date extended into the 30th then extended into June 1st and kept extending without given me the call to the Virgin Islands Superior court Judge James S. Carroll III...

The phone call to the Virgin Islands Superior court Judge was very IMPORTANT to me because the Virgin Islands Superior court Judge ISSUED a ORDER to the Virgin Islands PROSECUTION letting them know that they MUST answer my HABEAS CORPUS claim NO LATER THAN APRIL 11th 2008. (Copy of that order is attached hereto for this courts viewing.)

The Virgin Islands PROSECUTION did NOT answer me as ORDERED and NEITHER, did they SHOW ANY CAUSE for NOT honoring the ORDER made by the Superior Court Judge James S. Carroll III.

MANDAMUS PETITION, was drafted and mailed through F.M.C. Rochester, Minnesota legal mailing SYSTEM by regular first class postage ASKING the Superior court Judge James S. Carroll III, to hold the Virgin Islands PROSECUTOR in CONTEMPT of his court LAWFUL ORDER...

Unsure, that the Superior court Judge James S. Carroll III, would get my MANDAMUS, the Telephonic REQUEST was made with the F.M.C. Rochester, Minnesota Unit Team EMPLOYEE'S.

Their, failure to make this Telephonic call to the Virgin Islands Superior court Judge, got me to believe that their intention is to INSTIGATE my detainment FURTHER than necessary to my IMPROPER COMMITMENT claim. 32 Am.Jur.2d Improper Commitment §34.

The F.M.C. Rochester, Minnesota employ's were NOTIFIED of my Improper Commitment by me and their NEGLECT to ASSIST me in PREVENTING my improper commitment is violation of their official POWER and DUTY under 42 U.S.C. § 1986.

Their NEGLECT allows a FALSE IMPRISONMENT to OCCUR.

Their Telephonic extending TECHNICAL excuse's serve only to DELAY me from being a WITNESS to a SELF-DEFENSE injury that I, inflicted in the Virgin Islands, that got the Virgin Islands PROSECUTION to charge me with an ASSAULT and at the same time they DELAY me from being a WITNESS to a PENDING unsolve murder that is RELEVANT to my SELF-DEFENSE claim and Virgin Islands PROSECUTION charge of ASSAULT a violation under 18 U.S.C. §§ 241, 242 and 42 U.S.C. §§ 1983,1985, while

-4-

in a FEDERAL custody without EVER having a FEDERAL CRIME.

I, would like a trial by Jury in the District of Columbia challenging the current DIRECTOR of the Bureau of Prison Central Station for these two reason:

1. Whether the Bureau of Prison Central Station can Prove beyound any reasonable doubt that they actual have the POWER to Federal commit pretrial violator's solely of Virgin Islands criminal code ?

   Parrott v. Government of the Virgin Islands, 230 F.3d 615 (3rdCir.(Vir.Isl.) 2000)

2. Whether such a Telephonic stop EXIST that would NOT allow the F.M.C. Rochester, Minnesota Unit Manager M.Haugen, Unit Council M. Stalker and their Legal unknown counsel to ASSIST me, in knowing for certain that my legal drafts had reached the courts ?

   42 U.S.C. § 1986 ACTION FOR NEGLECT TO PREVENT CONSPIRACY

   A trial by JURY will bring to light whether this administrative stop EXIST or whether, the Team at F.M.C. Rochester, Minnestoa enforced their own STOP ?

### RELIEF REQUESTED

For relief request, I would want tobe RETURNED to Docket No. 90-Cr-43 for a HEARING in the Virgin Islands Territorial court of PROPER Jurisdiction ? and I would want tobe AWARDED for IMPROPERLY COMMITTING me by HABEAS CORPUS to a Federal custody for violation soley of Virgin Islands Criminal code. Citing the authority found in Parrott v. Government of the Virgin

Islands, 230 F.3d 615 (3rdCir.(Vir.Isl.)2000).

I am yielding to this court to allow this complaint to proceed without prepayment or cost, because I am a pretrial civil 4246(a) committed detainee in federal custody without ever having a federal crime. All my crimes were Virgin Islands criminal code of Title 14.

Because, I am pretrial detained, I am NOT a Prisoner within the meaning of the prisoner's Litigation Reform Act (PLRA) and therefor should I be allow to proceed without cost.

### UNSWORNDECLARATION UNDER PENALTY OF PERJURY

Executed within the United States, its territories, possessions, pursuant to Title 28 U.S.C. § 1746 (2):

I, Raphael MENDEZ,#01649-094, certify under PENALTY of PERJURY that the foregoing is TRUE and CORRECT.

Executed on 13th day of June 2008

*[signature: Raphael Mendez]*

Original Signature in PEN
Raphael MENDEZ,#01649-094
Unit 1/1 , F.M.C.
P.O.Box 4000
Rochester, Minnesota
55903-

IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

RAPHAEL MENDEZ #01649-094, )
                                ) CIVIL MISC NO. ST-08-MC-3
        Petitioner, )
                                )
vs. )
                                )
GOVERNMENT OF THE VIRGIN ISLANDS )
                                )
        Respondent. )

### ORDER

THIS MATTER is before the Court on the Petition of Raphael Mendez for a Writ of Habeas Corpus. Accordingly, it is

ORDERED that on or before Friday, April 11, 2008, Respondent Government of the Virgin Islands shall file a response to Petitioner's Writ of Habeas Corpus; and it is further

ORDERED that a copy of this Order shall be directed to Petitioner Raphael Mendez #01649-094, by certified mail, return receipt requested, at Unit T, F.M.C., P.O. Box 4000, Rochester, Minnesota, 55903; and a copy thereof shall be directed to Douglas Dick, Esq., Assistant Attorney General, Criminal Division Chief, Department of Justice.

DATED: March 10, 2008

                                                          JAMES S. CARROLL III
                                                          Judge of the Superior Court
                                                          of the Virgin Islands

ATTEST:

VENETIA H. VELAZQUEZ, ESQUIRE
Clerk of the Court

BY: _____
DELIA ARTHURTON
Chief Deputy Clerk  3/10/08

08 1296
FILED
JUL 29 2008
Clerk, U.S. District and Bankruptcy Courts

IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| RAPHAEL MENDEZ            **Plaintiff** ) | CASE NO. ST-08-MC-0000003 |
| Vs.                                     ) | |
| GOVERNMENT OF THE VIRGIN    ) | ACTION FOR: WRIT OF HABEAS CORPUS |
| ISLANDS, ET AL                          ) | |
| **Defendant** ) | |

# NOTICE OF ENTRY OF AN ORDER

TO:   DOUGLAS DICK, ESQ. - ASST. ATTORNEY GENERAL
      RAPHAEL MENDEZ #01649-094

Please take notice that on March 11, 2008 a(n) AN ORDER dated March 10, 2008 was entered by the Clerk in the above-entitled matter.

Dated: March 11, 2008

Venetia H. Velazquez, Esq.
Clerk of the Court

D. Donovan

DONNA DONOVAN
COURT CLERK II