AO 240 (     )

# UNITED STATES DISTRICT COURT

For the   District of   COLUMBIA



FILED
JUL 29 2008
Clerk, U.S. District and Bankruptcy Courts

Raphael MENDEZ,#01649-094

        Plaintiff

        V.

Unknown DIRECTOR, of the B.O.P.
Central Station, Wash.,DC 20001
and F.M.C. Rochester, Minnesota
et al.,     Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 08 1296

I, ___Raphael    MENDEZ,#01649-094___ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant/respondent   ☐ other   I am Pretrial civil committed and Detain.

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion. I am entitled to the relief sought and I am not entitled to pay cost because, I am not a Prisoner within meaning of (PLRA) In support of this application, I answer the following questions under penalty of perjury:

Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

If "Yes," state the place of your incarceration   F.M.C.,P.O.B. 4000,Rochester, Minnesota 55903-

Are you employed at the institution? _Yes_   Do you receive any payment from the institution? _Yes_

Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions. Not required because, I am a pretrial detain Not a Prisoner.

Are you currently employed?   ☐ Yes   ☒ No

a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

    My answer was NO, because I am confined not at home.

b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

    Answer was No. And my last salary was $17.00 an Hr. PepBoys Tampa, FL Starting rate...

In the past 12 twelve months have you received any money from any of the following sources?

| | | |
|---|---|---|
| a. Business, profession or other self-employment | ☐ Yes | ☒ No |
| b. Rent payments, interest or dividends | ☐ Yes | ☒ No |
| c. Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
| d. Disability or workers compensation payments | ☐ Yes | ☒ No |
| e. Gifts or inheritances | ☐ Yes | ☒ No |
| f. Any other sources | ☐ Yes | ☒ No |

**RECEIVED**
JUN 20 2008
Clerk, U.S. District and Bankruptcy Courts

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

    Answered No to all of the above.

2

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount.   Answer was NO.

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, <u>automobiles</u> or <u>any other thing of value?</u>   ☒ Yes   ☐ No

   If "Yes," describe the property and state its value. Five Car's to include a Motorbike all at book value condition and price then other thing's of value would Gold chain's 30-90gm ea. and 10 gold ring's with white and blue diamonds all valued at the rise and fall of the gold marketing. Last heard gold was up $ 1002. per ounce this year.

List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

The support I, give these dependents are discounted labor and parts price because, of my Automotive skill and certification degree in the eight field area of Automotive Technology. They are Friends and Relative's that enjoy my expertise and discounted labor and part's...

Ieclare under penalty of perjury that the above information is true and correct.

Yes I, do declare and certify under 28 U.S.C. §1746 (2)

June 13th 2008                    Raphael Mende
Date                               Signature of Applicant

'TICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, isoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach certified statement of each account.

## ORDER OF THE COURT

| application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| United States Judge   Date | United States Judge   Date |