UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 1 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Raphael Mendez,            )
                           )
        Plaintiff,         )
                           )
v.                         )    Civil Action No. 08-1296
                           )
Director, Bureau of Prisons, )
                           )
        Defendant.         )

ORDER

Plaintiff seeks reversal of the order transferring this case to the District of Minnesota. A motion seeking relief from a final order need not be granted "unless the district court finds that there is an intervening change in controlling law, the availability of new evidence or the need to correct a clear error or prevent manifest injustice." *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996) (citations and quotation marks omitted). The motion presents no grounds for relief under Fed. R. Civ. P. 59 or 60. Even if *habeas corpus* is not plaintiff's exclusive remedy for challenging the conditions of his confinement, *see, e.g, Anyanwutaku v. Moore*, 151 F.3d 1053, 1055-56 (D.C. Cir. 1998) (limiting exclusivity of habeas remedy to claims that "would necessarily imply, or automatically result in, a speedier release from prison") (internal quotation marks omitted), this venue is not the proper for litigating plaintiff's claims because none of the alleged events forming the basis of the complaint occurred within this judicial district. *See* 28 U.S.C. § 1391(b) (designating the proper venue under the circumstances presented as the location where a substantial part of the events occurred). Accordingly, it is this 18 day of August 2008,

ORDERED that plaintiff's motion for reconsideration of the transfer order [Dkt. No. 4] is DENIED.

/s/
United States District Judge